# No. 25-2591

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

Iowa Association of Business and Industry; Iowa Bankers Benefit Plan; Iowa Laborers District Council Health and Welfare Fund; Des Moines Orthopaedic Surgeons, P.C.; Iowa Spring Manufacturing & Sales Company,

*Plaintiffs-Appellants*

v.

Iowa Insurance Commissioner, Commissioner - Doug Ommen,

*Defendant-Appellee*

On Appeal from the United States District Court for the
Southern District of Iowa, No. 25-cv-0211 (Chief Judge Stephanie M. Rose)

## APPELLANTS' DESIGNATION OF APPENDIX METHOD, DESIGNATION OF RECORD, AND STATEMENT OF ISSUE

Pursuant the Court's Briefing schedule, Plaintiffs-Appellants Iowa Association of Business and Industry; Iowa Bankers Benefit Plan; Iowa Laborers District Council Health and Welfare Fund; Des Moines Orthopaedic Surgeons, P.C.; Iowa Spring Manufacturing & Sales Company in this cross-appeal state as follows:

### A. Method of Appendix Preparation and Designation of Record

Plaintiffs-Appellants and Defendant-Appellee Iowa Insurance Commissioner have conferred regarding the appendix and will submit a joint appendix. The parties agree to use the materials designated in the Iowa Insurance Commissioner's August 12, 2025 document filed in appeal number 25-2494, entitled "Appellant's Designation of Appendix Method, Designation of Record, & Statement of Issues" (at 1-2), for this cross-appeal.

### B. Statement of Issue

Whether the district court abused its discretion or otherwise erred when it denied in part Plaintiffs' motion for a preliminary injunction against Defendant's enforcement of Iowa's Senate File 383.

August 26, 2025                     Respectfully submitted,

                                         /s/ Anthony F. Shelley
                                         Anthony F. Shelley
                                         MILLER & CHEVALIER CHARTERED
                                         900 Sixteenth St. NW
                                         Washington, DC 20006
                                         Telephone: (202) 626-5800
                                         Email: ashelley@milchev.com

                                         - and -

Ryan G. Koopmans
KOOPMANS LAW GROUP, LLC
500 East Court Ave., Suite 420
Des Moines, IA 50309
Telephone: (515) 978-1140
Email: ryan@koopmansgroup.com

*Counsel for Plaintiffs-Appellants Iowa Association of Business and Industry, Iowa Bankers Benefit Plan, Iowa Laborers District Council Health and Welfare Fund, Des Moines Orthopaedic Surgeons PC, and Iowa Spring Manufacturing & Sales Company*

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Patrick C. Valencia, Assistant Attorney General
Eric H. Wessan, Assistant Attorney General
Office of Iowa Attorney General
1305 E. Walnut Street
Des Moines, IA 50319
patrick.valencia@ag.iowa.gov
eric.wessan@ag.iowa.gov

*Counsel for Appellee*

    */s/ Anthony F. Shelley*